## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, et al.,**

    **Plaintiffs,**

v.                                                                    Case No. 8:07-cv-58-T-30EAJ

**BERTLING, INC.,**

    **Defendant.**

_____/

### ORDER OF DISMISSAL

Before the Court is the Plaintiffs' Notice of Dismissal (Dkt. #11). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 29, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-58.dismissal 11.wpd